IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:06-1225-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANCHEZ SHELLEY | ) | |
| | ) | |
| _____ | ) | |

The defendant has filed a second motion under 18 U.S.C. § 3582 to reduce his sentence under Amendment 750 of the United States Sentencing Guidelines. The defendant's first motion to reduce (ECF No. 361) was denied by this court on February 7, 2012 (ECF No. 363). The court indicated in that order that the defendant was sentenced to the statutory mandatory minimum sentence for his conviction relating to crack cocaine, plus a 60-month consecutive sentence for his firearm charge and that because Amendment 750 did not impact the defendant's guideline computation, this court could not alter his sentence.

Under *United States v. Goodwyn*, 596 F.3d 233 (4th Cir. 2010), this court is without authority to consider a second § 3582 motion or a motion for reconsideration of the initial order seeking a reduction under Amendment 750. Accordingly, the defendant's motion (ECF No. 378) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 25, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge