IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:06-1225-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RONCHEZ SHELLEY | ) | |
| | ) | |
| _____ | ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the defendant's motion (ECF No. 377) is denied. The defendant was subject to the statutory mandatory minimum sentence of Life imprisonment for his conviction and prior felony drug offenses. Therefore, as Amendment 750 did not lower the defendant's guideline range, it does not apply and any guideline changes cannot alter the ultimate statutory floor of Life imprisonment set by Congress.

IT IS SO ORDERED.

January 25, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge